COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308
CAPITOL STATION, AUSTIN, TX 78711

77,037-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

NOVEMBER 4TH, 2015

RE: TR. CT. NO. WR-77,037-02 APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT I RAHEEM ABDULLAH WATKINS IS WRITING TO KNOW THE STATUS OF MY APPLICATION FOR WRIT OF MANDAMUS IN TR. CT. NO. WR-77,037-02 WHICH WAS PRESENTED TO THE COURT ON 7-11-2014.

PLEASE SEND ANY REPLY TO ME AT THE NAME AND ADDRESS BELOW.

VERY TRULY YOURS,

Raheem Watkins

RAHEEM A. WATKINS #1647734
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107-9606